UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZETTE FINCH,<br><br>    Plaintiff,<br><br>  v.<br><br>WALMART, INC.,<br><br>    Defendant. | Case No. 23-cv-03920-SI<br><br>**ORDER TO SHOW CAUSE** |

At this point, plaintiff's counsel in this personal injury action has missed two case management conferences, without providing explanation or advance notice to the Court. *See* Dkt. Nos. 18, 21. At the case management conference held on December 1, 2023, defense counsel stated that they believed the case would be settled shortly. As reflected in the minute entry, the Court informed counsel that if the case was not resolved by December 15, 2023, an Order to Show Cause would issue for plaintiff's counsel to explain why they have failed to appear for two consecutive hearings. Dkt. No. 21. The parties have filed nothing further to date.

Accordingly, the Court hereby ORDERS plaintiff to show cause why this case should not be dismissed for failure to prosecute. Plaintiff may discharge this Order to Show Cause by filing, **no later than January 5, 2024**, either: a written declaration explaining why counsel missed two hearings; or a notice of settlement. If plaintiff fails to file anything by January 5, 2024, this case may be dismissed for failure to prosecute.

**IT IS SO ORDERED**.

Dated: December 20, 2023

SUSAN ILLSTON
United States District Judge